**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JUSTIN PAUL GATES,** | * | |
| **AIS # 188581,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 26-00243-KD-B** |
| | * | |
| **MARENGO COUNTY JUSTICE** | * | |
| **DEPARTMENT,** | * | |
| | * | |
| **Defendant.** | * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated August 10, 2026 (Doc. 6) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

**DONE** and **ORDERED** this **11th** day of **September, 2026.**

**/s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**